USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW LIGHT SHIPPING CO., LTD. and
ARKTIS BREEZE SHIPPING CO.

                 Plaintiffs,

   - against -

CONTI LINES NV a/k/a CONTI-LINES,

               Defendant.
------------------------------------------------------------X

08 CV 2749 (WHP)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and all garnishee banks, including but not limited to Deutsche Bank, JP Morgan Chase Bank, and Citibank, and any and all garnishee banks subsequently appearing and restraining funds belonging to the Defendant pursuant to the Ex Parte Order of Maritime Attachment issued in the instant action, are directed to immediately release Defendant's funds which they restrained pursuant to the Ex-Parte Order to the Defendant at the following account:

    Bank:   Fortis Bank NV
                Antwerp, Belgium
    Account No. 220-0944030-62
    Beneficiary: Conti-Lines NV
    Swift Code: GEBABEBB
    IBAN Code: BE51

Dated:  April 2, 2008
          Southport, CT

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

4/25/08

The Plaintiffs,
New Light Shipping Co., Ltd. and Arktis Breeze Shipping Co.
By: _____
     Anne C. LeVasseur (AL3333)
     LENNON, MURPHY & LENNON, LLC
     420 Lexington Ave., Suite 300
     New York, NY 10170
     Phone (212) 490-6050
     Fax (212) 490-6070
     acl@lenmur.com